Matter of Greenidge Generation, LLC v New York State Dept. of Envtl. Conservation (2026 NY Slip Op 00662)

Matter of Greenidge Generation, LLC v New York State Dept. of Envtl. Conservation

2026 NY Slip Op 00662

Decided on February 11, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 11, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., BANNISTER, OGDEN, AND NOWAK, JJ.

34 CA 25-00153

[*1]IN THE MATTER OF GREENIDGE GENERATION, LLC, PETITIONER-APPELLANT,
vNEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION, ACTING COMMISSIONER SEAN MAHAR, IN HIS CAPACITY AS ACTING COMMISSIONER, SENECA LAKE GUARDIAN, THE COMMITTEE TO PRESERVE THE FINGER LAKES, AND SIERRA CLUB, RESPONDENTS-RESPONDENTS. 

BARCLAY DAMON LLP, ALBANY (YVONNE E. HENNESSEY OF COUNSEL), FOR PETITIONER-APPELLANT. 
LETITIA JAMES, ATTORNEY GENERAL, ALBANY (BRIAN LUSIGNAN OF COUNSEL), FOR RESPONDENT-RESPONDENT NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL

 

 Appeal from a judgment (denominated judgment and order) of the Supreme Court, Yates County (Vincent M. Dinolfo, J.), entered November 14, 2024, in a proceeding pursuant to CPLR article 78. The judgment, inter alia, annulled the denial of petitioner's application to renew its Clean Air Act Title V permit. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on November 28, 2025,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: February 11, 2026
Ann Dillon Flynn
Clerk of the Court